# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**JAMES R. HARTSHORN,**

       **Plaintiff,**

**v.**                                             **Case No.:  2:19-cv-37**
                                                  **JUDGE GEORGE C. SMITH**
                                                  **Magistrate Judge Deavers**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

       **Defendant.**

## <u>ORDER</u>

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on February 13, 2020, recommending that the Court reverse the Commissioner's non-disability finding and remand this case to the Commissioner and the ALJ for further consideration.  (Doc. 16).  The time for filing objections to the *Report and Recommendation* has passed, and no objections have been filed to the *Report and Recommendation*.  Therefore, the Court **ADOPTS AND AFFIRMS** the *Report and Recommendation*.  The decision of the Commissioner of Social Security is hereby **REVERSED** and this case is **REMANDED** to the Commissioner and the ALJ pursuant to Sentence Four of § 405(g).

The Clerk shall remove Document 16 from the Court's pending motions list and enter judgment in favor of Plaintiff.

      **IT IS SO ORDERED.**

                                       */s/ George C. Smith*
                                       **GEORGE C. SMITH, JUDGE**
                                       **UNITED STATES DISTRICT COURT**